United States District Court
Middle District of Georgia

# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

| Name of Offender: Solomon B. Kersey | | Docket Number: 7:09-R-22-001 |
|---|---|---|

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| K1-18173-20210120-1 | 1 | Maxtor Diamond Max 16 Ext HDD - Serial Number: R2REBDME |
| K2-18173-20210120-1 Item #2 | 1 | Maxtor Diamond Max 16 External Hard Drive - Serial Number: R2REC6QE |
| K2-18173-20210120-1 Item #3 | 1 | Maxtor Diamond Max 16 External Hard Drive - Serial Number: R30A6BWE |
| K2-18173-20210120-1 Item #4 | 1 | Maxtor Diamond Max 16 External Hard Drive - Serial Number: R2RQXCPE |
| K2-18173-20210120-1 Item #5 | 1 | Maxtor Diamond Max 16 External Hard Drive - Serial Number: E1PSZ5DE |
| K-18173-20210120-2 | 1 | MiniScribe Corporation Hard Drive Model No. 8450XT - Serial Number: Unknown |
| K-18173-20210120-3 | 1 | Acer Hard Drive Model No. ACT90 – Serial Number: C0TQ23 |
| K-18173-20210120-4 | 1 | Western Digital HD Model No. WE1200 - Serial Number:WMA8C4303167 |
| K-18173-20210120-5 | 1 | Dane Electric USB Drive – Serial Number: Unknown |
| K-18173-20210120-6 | 1 | Kingston Data Traveler USB Drive – Serial Number: Unknown |
| K1-18173-20210120-7 | 1 | Hitachi External Hard Drive |
| K1-18173-20210120-8 | 1 | Samsung Hard Drive Model SP1203N – Serial Number: SOOQJI0X175593 |
| K1-18173-20210120-8 Item #2 | 1 | Maxtor HD Model No. Diamond Max Plus 9 – Serial Number: Y62J54HE |
| K1-18173-20210120-8 Item #3 | 1 | Maxtor HD Model No. Diamond Max Plus 9 – S/N: 7Y250P00622R1 |
| K-18173-20210122-1 | 1 | Xbox – Serial Number 4135422 |
| K-18173-20210122-2 | 1 | Hitachi Hard Drive – Serial Number PAGN7RNA |
| K-18173-20210122-3 | 1 | Hitachi Hard Drive – Serial Number PAGH3LGE |
| K-18173-20210122-1 | 1 | IBM Power Supply – Serial Number 11508k82010ZIZ6MJ49403K |
| K-18173-20210122-2 | 1 | Kingston Data Traveler USB 32G –Serial Number: Unknown |

| | | |
|---|---|---|
| Not Applicable | 6 | Six (6) commercially Produced Pornography DVDs |
| Not Applicable | 6 | Six (6) CDs/DVDs containing bestiality pornography |
| Not Applicable | 1 | One (1) commercially produced pornography magazine |

**Reason for Request:**
Kersey is not allowed to have multiple devices capable of storing digital media and is not allowed to possess pornographic material. Kersey voluntarily removed all the above noted items from his home and requested that U.S. Probation dispose of the items.

**Method of Destruction:**
The U.S. Probation Office will utilize a commercial secure hard drive destruction company for the hard drives. Other items will be destroyed to prevent further use.

I declare under penalty of perjury that the foregoing is true and correct.

_Russell O. Brown_
U.S. Probation Officer

_05/26/2021_
Date

### ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_W. Louis Sands_
United States District Judge

_6/08/21_
Date