IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No.: 7:09-CR-00022 (WLS) |
| SOLOMON B. KERSEY, | : |
| Defendant. | : |

**ORDER**

On August 11, 2022, the Government filed its "Consent Motion for Examination," requesting this Court to order a psychiatric or psychological examination of Defendant Kersey to determine his mental competency. (Doc. 61.) Consequently, on August 18, 2022, this Court granted the Motion and ordered that such examination of the Defendant be conducted pursuant to 18 U.S.C. § 4247(b) and (c). (Doc. 62.) Therein, the Court ordered the Defendant committed to the custody of the Attorney General in a suitable facility that is closest to the Court for a period of thirty (30) days while also ordering a psychiatric or psychological report of the Defendant's mental competency be provided to both Defendant's Counsel and Government. (*Id.*) But thirty days from August 18, 2022—when the Order (Doc. 62) was signed—is Monday, September 20, 2022.[1] Currently, Defendant's revocation hearing is also scheduled for that same day.

Accordingly, due to the time conflict, the Parties are hereby **ORDERED** to confer immediately upon the receipt of the psychiatric or psychological report. Parties must then, in reasonable time, notify the Court about how much time or how many days they will need to sufficiently and adequately review the reports and prepare for the revocation hearing. Thereafter, the Court will determine the next available date for Defendant's revocation hearing.

---

[1] Thirty (30) days from August 18, 2022, is actually on Saturday, September 17, 2022; the next or following business day is Monday, September 20, 2022. *See* Fed. R. Civ. P. 6(a)(1)(C).

1

**SO ORDERED**, this 23rd day of August 2022.

                                                **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**