**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA, :
:
:
v. :
: Case No.: 7:09-CR-22 (WLS)
SOLOMON B. KERSEY, :
:
Defendant. :
:

**ORDER**

On August 18, 2022, the Court ordered a mental health evaluation of Defendant Kersey. (Doc. 62). In that Order, the Court required a psychiatric or psychological report of Defendant to be filed with the Court and those copies of the report to be provided to Government and Defendant's counsel once it became available. (Doc. 62, at 2). Soon after, the Court entered an Order directing Parties to confer immediately once they receive the report so that they can notify the Court about how much time they may need to review it to prepare for Defendant's revocation hearing. (Doc. 63).

In September 2022, Government filed a "Joint Motion to Continue Final Revocation Hearing" (Doc. 64) to request the Court to continue Defendant's revocation hearing because the evaluation of Defendant had not been completed yet, and no report had been provided to counsel. (Doc. 64, at 2). The Court granted the Motion. (Doc. 65).

On September 15, 2022, pursuant to this Court's Order (Doc. 62), a forensic psychologist from the Federal Medical Center sent a letter to the Court, stating that Defendant arrived at the facility on September 13, 2022. The psychologist explained that Defendant's

evaluation period is expected to end no later than October 20, 2022, and the report is expected to be submitted to the Court on November 16, 2022.

Therefore, Parties are **ORDERED** to confer immediately once the report becomes available and notify the Court within **seven (7) days** of receiving the report, about how much time they will need to adequately review the report and prepare for the revocation hearing. Thereafter, the Court will determine the next available date for Defendant's revocation hearing.

**SO ORDERED**, this 22nd day of September 2022.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**