# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:09-CR-22 (WLS) |
| SOLOMON B. KERSEY, | : |
| | : |
| Defendant. | : |

## ORDER

Recently, the Warden at the Federal Medical Center of the Federal Bureau of Prisons in Fort Worth, Texas, sent a letter to the Court. (Doc. 71). Therein, the Warden explains that once the psychologist returns from her maternity leave, the Federal Medical Center will make sure that the report as to Defendant Kersey will be promptly submitted to the Court. (*Id.*)

Alternatively, the Warden also explains that the Medical Center could suggest a new order for evaluation for Defendant Kersey. (*Id.*) That would require Defendant Kersey to return to the Medical Center in Fort Worth for re-evaluation; however, the Warden notes that they will expedite the process, to the extent possible, to issue a prompt report if a new order for evaluation for Defendant Kersey is preferred. (*Id.*)

Accordingly, the Parties are **ORDERED** to confer and inform the Court, within **seven (7) days** of entry of this Order, whether they still submit that the matter should be continued until a mental health report by the previous psychologist has been received, as they previously requested in their Response (Doc. 69), or whether they want a new order of evaluation for Defendant Kersey as offered or suggested in the letter (Doc. 71).

**SO ORDERED**, this  23rd  day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1