IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:09-CR-22 (WLS-TQL-1) |
| SOLOMON B. KERSEY, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

Before the Court is Response from the Parties requesting a new order regarding Defendant Kersey's evaluation by a new, qualified mental health professional. (Doc. 73).

Recently, the Warden at the Federal Medical Center of the Federal Bureau of Prisons in Fort Worth, Texas, sent a letter to the Court. (Doc. 71). Therein, the Warden explained that the psychologist, who initially worked on the competency report on Defendant Kersey, is expected to return from her maternity leave and enter a submission of the report in late March 2023. (*Id.*)

Alternatively, the Warden also suggested that, if the Court sees fit, the Federal Medical Center could do a new order for evaluation for Defendant Kersey. (*Id.*) Although this decision would require Defendant Kersey to return to the Medical Center in Fort Worth for re-evaluation, the Warden noted that the Medical Center will expedite the process, to the extent possible, to issue a prompt report on Defendant Kersey. (*Id.*)

Thereafter, the Court ordered the Parties (Doc. 72) to confer and inform the Court about whether the Parties preferred to wait until a mental health report by the previous psychologist has been submitted or whether they want a new order of evaluation on Defendant Kersey as offered in the letter.

On December 30, 2022, the Government timely filed the instant Response (Doc. 73) to the Court's Order (Doc. 72). Therein, the Parties request the Court enter a new Order, returning Defendant Kersey to the Bureau of Prisons for an expedited evaluation by another

professional, as offered in the letter. (Doc. 73, at 1). The Parties also explain that there are some new concerns regarding the Defendant's mental health status and other concerns about whether Defendant can be compliant with the treatments that are currently available at where he is currently housed. (*Id.*) Therefore, the Parties do not wish to delay the completion of the previous evaluation, and the Parties note that the issues as to Defendant's mental health should be addressed at the earliest possible time. (*Id.* at 2).

Accordingly, the Parties' request in the Government's Motion (Doc. 72) is **GRANTED**. It is hereby **ORDERED** that a psychiatric or psychological examination of Defendant Kersey be conducted, pursuant to 18 U.S.C. § 4247(b) and (c), by another mental health professional. Thus, the Court **RE-COMMITS** Defendant Kersey to the custody of the Attorney General and returns the Defendant back to the Federal Medical Center in Fort Worth Texas, where Defendant was previously evaluated and where the Warden from the Federal Medical Center offered a new order for evaluation.

Additionally, the psychiatric or psychological report complying with 18 U.SC. 4247(b) and (c) must be filed with the Court and copies of the report must be provided to Defendant's Counsel and the Government. The report must include (1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, the matter will be continued until the evaluation report has been received. Thereafter, the Court will enter a separate Order for a hearing on the remaining issues in this matter.

**SO ORDERED**, this   3rd    day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**