# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:09-CR-22 (WLS-TQL-1) |
| SOLOMON B. KERSEY, | : |
| | : |
| Defendant. | : |

## ORDER

On February 23, 2023, pursuant to the Court's Order (Doc. 74), a forensic psychologist at the Federal Medical Center of the Federal Bureau of Prisons in Fort Worth, Texas, sent the Court the competency evaluation on Defendant Kersey. The psychologist also noted that the copies of the report have also been sent to Defense Counsel and the Government.

The evaluation report finds that Defendant meets criteria for a mental disease that appears to directly impair his understanding of the alleged offense and his ability to consult with Counsel.

Now that Defendant's evaluation report has been received, the Court finds that the next step or action needs to be determined. It does not appear that Defendant's revocation proceeding can properly proceed at this time.

Accordingly, Counsel are **ORDERED** to immediately confer and report to the Court, in writing, no later than **Monday, March 6, 2023**, informing the Court of Counsel's view of appropriate action at this time or any need or request for a hearing.

**SO ORDERED**, this __27th__ day of February 2023.

                                                        /s/ W. Louis Sands
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**