**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:09-CR-22 (WLS-TQL-1) |
| SOLOMON B. KERSEY, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently before the Court is a Joint Response (Doc. 76), filed on March 3, 2023, informing the Court on Parties' view on how the matter should proceed.  After receiving the competency evaluation on Defendant Kersey from a forensic psychologist at the Federal Medical Center of the Federal Bureau of Prison in Fort Worth, Texas, the Court ordered the Government and Defense Counsel to immediately confer and inform the Court as to their views on appropriate action as to this instant matter. (Doc. 75).

In their Joint Response (Doc. 76), Counsel agree that Defendant Kersey is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." (Doc. 76, at 1); 18 U.S.C. § 4241(a). Accordingly, Counsel explain that the Court should either (1) set a hearing under 18 U.S.C. § 4241(c) to make a finding on competency or (2) based on the undisputed evidence in the competency evaluation report, make a determination under 18 U.S.C. § 4241(d), without a hearing, that Defendant Kersey is mentally incompetent to proceed and enter an order committing Defendant Kersey

1

to the custody of the Attorney General for up to four months for hospitalization and evaluation. (Doc. 76, at 1).

The Court finds that a competency hearing as to Defendant Kersey is necessary and must be held to determine whether Defendant should be committed to the custody of the Attorney General pursuant to Section 4241(d). 18 U.S.C. § 4241(b)-(d). Accordingly, a competency hearing as to Defendant Kersey will be set for **Tuesday, April 18, 2023**, at **2 P.M.** in the Albany courthouse.

**SO ORDERED**, this __6th__ day of March 2023.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**