IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:09-CR-22 (WLS-TQL-1) |
| SOLOMON B. KERSEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

For purposes of clarity, the Court issues this Order as to its prior Order (Doc. 86), which accepted the psychologist's recommendation that Kersey's commitment be extended for further evaluation and directed the psychologist to submit a semiannual report to the Court. The Parties were also given seven (7) days or until Friday, August 9, 2024, to file a written response to the Court as to whether they agree or disagree with the psychologist's recommendation.[1]

In conjunction with the prior Order (Doc. 86), the Clerk is **DIRECTED** to immediately:

- Provide a copy of the prior Order (Doc. 86) to the psychologist and/or treating physicians;

- To file a copy of the psychiatric evaluation **UNDER SEAL** to prevent any disclosure of Defendant's medical records or other matters considered to be confidential or private (in other words, the report is made available only to

---

[1] The Government already filed a Response (Doc. 87), stating that it agrees with the psychologist's recommendation that Kersey be further evaluated. Defendant Kersey has until Friday, August 9, 2024, to file a response as to whether he agrees or disagrees with the psychologist's recommendation.

1

Counsel for Defendant Kersey and the Government) until further order of the Court; and

- To serve a certified copy of said Order (Doc. 86) on the United States Marshal for the Middle District of Georgia.

**SO ORDERED**, this 5th day of August 2024.

                                            /s/ W. Louis Sands
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**