## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,    :
                                                        :
v.                                                      :
                                                        :    Case No.: 7:09-CR-22 (WLS-ALS-1)
SOLOMON B. KERSEY,              :
                                                        :
      Defendant.                      :
_____ :

### ORDER

Previously, the Court committed Defendant Solomon Kersey to the custody of the Attorney General until his mental condition improved after a forensic psychologist found him to be suffering from a mental disease or defect that rendered him mentally incompetent. (Doc. 86). The Court instructed Defendant's treating physicians to submit to the Court a report on Defendant's progress every six months. On February 12, 2025, officials at the Federal Medical Center in Butner, North Carolina ("FMC Butner") provided the Court with a Forensic Evaluation ("the Evaluation") pursuant to the Court's previous Order (Doc. 86). The Evaluation indicated that Defendant Kersey's competency had been restored. After the Evaluation was received, however, Bureau of Prison (BOP) officials submitted an addendum to the Evaluation, which provides further detail on Defendant's current condition and competency. BOP officials request continued treatment and restoration to competency for a reasonable period of time pursuant to 18 U.S.C. § 4241(d)(2). In a Joint Response (Doc. 93), counsel for Defendant and the Government ask that the Court grant the BOP's request for Defendant's continued treatment and restoration.

Based upon a review of the Evaluation, the subsequent addendum, and the Parties' Joint Response, the Court finds that there is a substantial probability that Defendant Kersey will attain the capacity to permit the proceedings to go forward. *See* 18 U.S.C. § 4241(d)(2)(A). Thus, the Court accepts the recommendation of continued commitment and **COMMITS** Defendant Kersey to the custody of the Attorney General for an additional reasonable period of time "until his mental condition is so improved that trial may proceed." *Id.* Defendant's psychologist and/or treating physicians shall continue the submission of semi-annual reports

1

to the Court, pursuant to 18 U.S.C. § 4247(e)(1)(A), and as was previously Ordered by the Court. (*See* Doc. 86).

Further, the Clerk is **DIRECTED** to provide a copy of the instant Order to the BOP officials responsible for Defendant's treatment as well as the United States Marshal for the Middle District of Georgia so as to make them aware of Defendant's continued treatment in the BOP.

**SO ORDERED**, this 15th day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**